| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Aryan Ib____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name): A. Ibrahim C. Date of Delivery: 8-2-22 |
| 1. Article Addressed to:<br><br>Aryan Ibrahim<br>705 Winter Court<br>Nashville, TN 37211<br><br>Case No. 3:21-cv-0416, DE 9<br><br>9590 9402 1788 6074 2123 45 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 3010 0000 4886 7847 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt